IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO.: 09-14820-WSS-13 |
| **WILLIAM FORESTER** | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | |
| **WILLIAM FORESTER,** | ) | ADVERSARY PROCEEDING |
| | ) | NUMBER: AP 10-00052 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. Action No. 11-0007-CG-B |
| | ) | |
| **BAC Home Loans Servicing, L.P., et al,** | ) | |
| | ) | |
| Defendants. | | |

### BAC HOME LOANS SERVICING, LP'S RESPONSE TO MOTION FOR WITHDRAWAL OF REFERENCE

Defendant, BAC Home Loans Servicing, LP ("BAC"), respectfully responds to the Plaintiff's, William Forester, Motion for Withdrawal of Reference as follows:

1. Defendant has no objection to Plaintiff's motion.

This the 23rd day of March, 2011.

/s/ Kenneth S. Steely
Kenneth S. Steely (STEEK4183)
Kirkland E. Reid (REIDK9451)
Attorneys for Defendant BAC
Home Loans Servicing, LP

Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, L.L.P.
254 State Street
Mobile, Alabama 36603
(251) 439-7535 - Phone
(251) 433-1001 - Fax

{Response to Motion for Withdrawal of Reference (BH065294).1}

ksteely@joneswalker.com
kreid@joneswalker.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the E-Filing system which will send notification of such filing to the following:

**James D. Patterson,
Underwood & Riemer, P.C.
166 Government Street,
Suite 100
Mobile, AL 36602**

This the 23rd day of March, 2011.

                                                */s/ Kenneth S. Steely*
                                                OF COUNSEL