```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

**WILLIAM FORESTER,**         *
        **Plaintiff,**         *
**vs.**         *    CIVIL ACTION 11-00160-CG-B
**BAC HOME LOANS SERVICING, L.P.,** *
        **Defendant.**         *

## ORDER

This action is set for a status conference before the undersigned Magistrate Judge, via telephone, on **April 13, 2011** at **10:00 a.m.**

DONE this **6th** day of **April, 2011.**

                                  /s/ Sonja F. Bivins
                         **UNITED STATES MAGISTRATE JUDGE**