1:11-mc-00007-CG-B Forester v. BAC Home Loans Servicing, LP - Withdrawal of Reference

**Mary Boyles** to: Karen J Folds  04/05/2011 11:05 AM

Cc: Janet Brown, Jeff Reinert, Cynthia Robinson, Tammy Thornton

Bcc: kreid, dpeeler, epunderwood, mromero, sklopf, stodd, jpatterson, dlangford, sklopf, ksteely, cmckean

Hi Karen,

Judge Granade granted the motion for withdrawal of reference and directed us to open a civil case. Copy of order attached. We've opened civil action no: 1:11-cv-0160-CG-B. This matter will proceed under this civil action number.


11-mc-7 orderWithdrawReference.pdf



*Mary Ann Boyles*
Courtroom Deputy
USDC, Southern District of Alabama
Mary_Boyles@alsd.uscourts.gov
http://www.alsd.uscourts.gov
(251) 690-2371 - ext. 1150