IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIAM FORESTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.:   CV-11-00160-CG-B |
| ) | |
| BAC Home Loans Servicing, L.P. f/k/a ) | |
| Countrywide Home Loans Servicing, L.P. ) | |
| Et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

PLEASE TAKE NOTICE that the undersigned has, this date, served upon plaintiffs the following discovery documents:

**BAC Home Loans Servicing, LP's Initial Disclosures pursuant to Fed. R. Civ. P. 26.**

/s/ Kenneth S. Steely
Kenneth S. Steely (STEEK4183)
Kirkland E. Reid (REIDK9451)
Attorneys for Defendant BAC
Home Loans Servicing, LP

Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, L.L.P.
254 State Street
Mobile, Alabama 36603
(251) 439-7535 - Phone
(251) 433-1001 - Fax
ksteely@joneswalker.com
kreid@joneswalker.com

{BH075978.1}

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the E-Filing system which will send notification of such filing to the following:

**James D. Patterson,**
**Underwood & Riemer, P.C.**
**166 Government Street,**
**Suite 100**
**Mobile, AL 36602**

This the 3rd day of May, 2011.

                                          */s/ Kenneth S. Steely*
                                          OF COUNSEL

{BH075978.1}