IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM FORESTER, | : |
| Plaintiff, | : CIVIL ACTION 11-00160-CG-B |
| v. | : |
| BAC HOME LOANS SERVICING, LP, | : |
| Defendant. | : |

## ORDER

Pursuant to the Scheduling Order dated April 18, 2011 (Doc. 9), the parties were directed to file a Joint Proposed Protective Order by May 3, 2011. A review of the file reflects that as of the date of the present order, the parties have failed to file a Joint Proposed Protective Order. Therefore, upon consideration, the parties are **ORDERED** to file their joint proposed Protective Order by **May 25, 2011** or to show cause by that date why they are unable to do so.

**DONE** this **18th** day of **May, 2011.**

/S/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**