IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM FORESTER,        )
                                )
       Plaintiff,       )
                                )
vs.                          )   CIVIL ACTION NO. 11-0160-CG-B
                                )
BANK OF AMERICA, N.A.,   )
successor by merger to BAC    )
Home Loans Servicing, LP,    )
                                )
       Defendant.      )

## ORDER

This cause is before the court on the plaintiff's motion for leave to amend and correct complaint (Doc. 30). The court should freely give leave when justice so requires." FED.R.CIV.P. 15(a)(2).

Any opposition to the motion shall be filed **no later than September 8, 2011**. If no opposition is received, the motion is granted without further action of the court, and the plaintiff shall electronically file a fifth  amended complaint that properly names the defendant as Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP pursuant to the court's order dated August 8, 2011 (Doc. 29).[1]

---

[1]The plaintiff did not file an objection to the court's order regarding the defendant's notice filed on July 20, 2011 (Doc .28); therefore, the court's records were changed to reflect the defendant's proper name.

If no objections are filed, Bank of America N.A.'s answer to the fifth amended complaint shall be filed no later than September 15, 2011.

**DONE and ORDERED** this the 1st day of September, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE