IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM FORESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 11-00160-CG-B |
| | ) |
| Bank of America, N.A. | ) |
| *successor by merger to BAC Home* | ) |
| *Loans Servicing LP also known as* | ) |
| BAC Home Loans Servicing, LP | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's order entered on this date, it is

**ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendant, Bank of America, N.A., and against plaintiff, William Forester.  Therefore, plaintiff's claims against said defendant are hereby **DISMISSED WITH PREJUDICE**.  Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this the 7th day of August 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE